# UNITED STATES  DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

LOUIS BOYD                                      CIVIL ACTION

VERSUS                                          NO.  12-0951

MARTIN REGAN AND ASSOCIATES, ET AL.            SECTION "N" (4)

## ORDER AND REASONS

The plaintiff, Louis Boyd, is incarcerated in the Federal Correctional Institute in Oakdale, Louisiana.  He is a frequent filer of frivolous lawsuits in this court.  He filed this pro se civil complaint against Thomas Calagory, John Thomas, and Martin Regan, alleging legal malpractice and breach of contract.  (Rec. Doc. No. 1, Complaint).  He requests monetary compensation.

With his complaint, plaintiff submitted an application to proceed *in forma pauperis* pursuant to Title 28 U.S.C. § 1915.  This is a non-dispositive pretrial matter which was referred to the undersigned magistrate judge pursuant to Local Rule 72.1 (B)(1) and Title 28 U.S.C. § 636(b).

The Prison Litigation Reform Act of 1996, Pub. L. No. 104-134, 110 Stat. 1321, now codified at Title 28 U.S.C. § 1915(g), provides that a prisoner shall not be allowed to bring a civil action pursuant to § 1915 if he has, on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed as

frivolous, malicious, or for failure to state a claim for which relief can be granted, unless the prisoner is under imminent danger of serious physical injury.

The court's research reveals that plaintiff, while incarcerated, has filed 10 civil complaints in this court. The last eight civil complaints he filed (all in 2009) were dismissed as frivolous and/or for failure to state a claim upon which relief may be granted. Plaintiff has therefore accumulated three strikes under the PLRA. See <u>Louis Wilbert Boyd, Jr. v. Kelly Lasher, et al.</u>, C.A. 09-7647 "I"(5); <u>Louis Wilbert Boyd, Jr. v. Kelly Lasher, et al.</u>, C.A. 09-7646 "I"(2); <u>Louis Wilbert Boyd, Jr. v. Kelly Lasher</u>, et al., C.A. 09-7645 "C"(5); <u>Louis Wilbert Boyd, Jr. v. Sarah S. Vance, et al.</u>, C.A. 09-7643 "A"(1); <u>Louis Wilbert Boyd, Jr. v. Kelly Lasher, et al.</u>, C.A. 09-7642 "J"(2); <u>Louis Wilbert Boyd, Jr. v. Kelly Lasher, et al.</u>, C.A. 09-7641 "I"(2); <u>Louis Wilbert Boyd, Jr.  v. Kelly Lasher, et al.</u>, C.A. 09-7639 "I"(3); <u>Louis Wilbert Boyd, Jr. v. Kelly Lasher, et al.</u>, C.A. 09-7508 "R"(2).

The instant complaint raises claims of breach of contract and legal malpractice in conjunction with the defense of plaintiff's criminal proceedings. He has not alleged that he is in any imminent danger of suffering serious physical injury. For the foregoing reasons,

**IT IS ORDERED** that the plaintiff's motion to proceed *in forma pauperis* is **DENIED** pursuant to Title 28 U.S.C. § 1915(g).

New Orleans, Louisiana, this 18th day of April, 2012.

**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**